# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL N. PITTMAN, AMY
SCHOULTZ PITTMAN, MARCUS L.
PITTMAN, III, PITTMAN
ASSETS, L.L.C., PITTMAN
ASSETS MSSC, L.L.C., OZONE
PROPERTIES, L.L.C., SHADRACK
ENTERPRISES, L.L.C., MEDICAL
CENTER DIAGNOSTICS, L.L.C.,
BULLET ADVERTISING, L.L.C.,
AND MARCUS L. PITTMAN, III,
IN HIS CAPACITY AS TRUSTEE
FOR MICHAEL NORTON PITMANN
FAMILY TRUST

VERSUS

OAT TRUSTEE, LLC, IN HIS
CAPACITY AS TRUSTEE FOR
GIROD TITLING TRUST

NO.  2026 CW 0025

MARCH 23, 2026

---

In Re:  Michael N. Pittman, Amy S. Pittman, Marcus L. Pittman, III, Pittman Assets, L.L.C., Pittman Assets MSSC, L.L.C., Ozone Properties, L.L.C., Shadrack Enterprises, L.L.C., Medical Center Diagnostics, L.L.C., Bullet Advertising, L.L.C., and Marcus L. Pittman, III, in his capacity as Trustee for Michael Norton Pittan Family Trust, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202311066.

---

BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT